WILLIAM W. BLOCH, SBN 133139
LA SUPERLAWYERS INC.
5670 Wilshire Boulevard, Suite 1300
Los Angeles, California 90036
Telephone: (310) 477-7767
Fax: (310) 550-6798

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH STOWERS, an individual<br><br>Plaintiff(s),<br><br>v.<br><br>ADSYNC TECHNOLOGIES, INC., a corporation; KATHLEEN BUCKNER, an individual; and DOES 1 to 100, inclusive<br><br>Defendant(s). | CASE NUMBER<br><br>5:22-cv-01264-JLS-KK<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: *(Check one)*

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from *(check one)* ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

August 16, 2022
Date

*Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

**PROOF OF SERVICE**

| | |
|---|---|
| CITY OF LOS ANGELES | ) |
| STATE OF CALIFORNIA | ) ss: |
| COUNTY OF LOS ANGELES | ) |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5670 Wilshire Boulevard, Suite 1300, Los Angeles, California 90036.

On August 16, 2022, I served the foregoing document(s) described as:

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 4l(a) or (c)

☒ by placing ☐ the original ☒ a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Joseph W. Tursi
United States Attorney's Office
Central District of California
300 N. Los Angeles Street, Suite 7516
Los Angeles, CA 90012
joseph.tursi@usdoj.gov

Zoe Bekas
Akerman LLP
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
zoe.bekas@akerman.com
damien.delaney@akerman.com
david.wood@akerman.com

[xx]   By Electronic Mail, sent to the e-mail addresses listed above for the above listed addressees.

[xx]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 16, at Los Angeles, California.

William W. Bloch
Type or Print Name                              Signature